[No. 9035–3–III.   Division Three.   March 23, 1989.]

MAURICE SAUVE, *Respondent,* v. LARRY KINCHELOE, *as Superintendent of the Washington State Penitentiary,* ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 87–2–00090–8, Yancey Reser, J., entered November 16, 1987. *Reversed* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.

[No. 19385–6–I.   Division One.   March 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH VESTA, *Defendant,* RONALD JAMES DEFORE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02785–4, Lloyd W. Bever, J., entered October 23, 1986. *Affirmed* and *remanded* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Forrest, J.

[No. 11169–1–II.   Division Two.   March 28, 1989.]

R.B.W. ENTERPRISES INCORPORATED, *Appellant,* v. ERROL VAN PEVENAGE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–01806–4, Robert H. Peterson, J., entered June 8, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.